# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Terrybear, Inc., )<br>a Minnesota Corporation, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Church & Chapel Metal Arts, Inc., )<br>an Illinois corporation, )<br>)<br>Defendant. ) | Civil Action No. 04-1129 PAM/RLE |

## STIPULATION AND ORDER FOR DISMISSAL

The parties have settled the above-captioned litigation pursuant to a Settlement Agreement signed October 7, 2004.

IT IS STIPULATED by the parties, through their respective counsel, that this action may be dismissed with prejudice and without any costs to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS FURTHER STIPULATED that an order to this effect may be entered without further notice.

Dated October 8, 2004  By: s/William F. McIntyre
             Anthony R. Zeuli (#274884)
             William F. McIntyre, Jr. (#307,555)
             MERCHANT & GOULD P.C.
             3200 IDS Center
             80 South Eighth Street
             Minneapolis, MN  55402-2215
             Telephone No. 612.332-5300
             Telefacsimile No. 612.332.9081

             **ATTORNEYS FOR PLAINTIFF,**
             **TERRYBEAR, INC.**


Dated October 8, 2004  By: s/James R. Armbruster
             James R. Armbruster
             510 Shawn Lane
             Prospect Heights, IL 60070
             Telephone No. 847.253.4222
             Telefacsimile No. 847.253.4262

             **ATTORNEY FOR DEFENDANT**
             **CHURCH & CHAPEL METAL ART, INC.**